COPY

FILED
13 JUN 20 AM 11: 20
CLERK
CENTRAL ... COURT
... LES CALIF.
BY:_____

1  Christopher C. Hoffman (Bar No. 176334)
        choffman@laborlawyers.com
2  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
3  San Diego, California 92121
   Telephone: (858) 597-9610
4  Facsimile: (858) 597-9601

5  Lonnie D. Giamela (Bar No. 228435)
        lgiamela@laborlawyers.com
6  **FISHER & PHILLIPS LLP**
   444 South Flower Street, Suite 1590
7  Los Angeles, California 90071
   Telephone: (213) 330-4500
8  Facsimile: (213) 330-4501

9  Daniel F. Katz (pro hac vice pending)
        dkatz@wc.com
10 Luba Shur (pro hac vice pending)
        lshur@wc.com
11 Steven M. Pyser (pro hac vice pending)
        spyser@wc.com
12 David M. Horniak (Bar No. 268441)
        dhorniak@wc.com
13 **WILLIAMS & CONNOLLY LLP**
   725 Twelfth Street, N.W.
14 Washington, DC 20005
   Telephone: (202) 434-5000
15 Facsimile: (202) 434-5029

16 *Attorneys for Defendant AutoNation, Inc.*

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19                       WESTERN DIVISION

20 PAVEL DJUKICH, individually and on    Case No.: CV13- 4455 BRO(AGRx)
   behalf of others similarly situated,
21                                        **NOTICE OF INTERESTED
                  Plaintiff,              PARTIES**
22       v.
                                          *[Removed from Los Angeles County*
23 AUTONATION, INC.; and DOES 1           *Superior Court, Case No. BC507390,*
   through 100, inclusive,                *Assigned for All Purposes to*
24                                        *Department 311, Honorable John*
                  Defendants.             *Shepard Wiley, Jr.]*
25
                                          Complaint Filed:   April 29, 2013
26

27

28

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for AutoNation, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

<u>Defendant</u>: AutoNation, Inc.

<u>Plaintiff</u>: Pavel Djukich

In addition, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that AutoNation, Inc. is a publicly owned corporation that has no parent company and that no publicly held company owns 10% or more of its stock.

Dated: June 19, 2013

**FISHER & PHILLIPS LLP**

By: _____
Lonnie D. Giamela
lgiamela@laborlawyers.com
Christopher C. Hoffman
choffman@laborlawyers.com

**WILLIAMS & CONNOLLY LLP**

Daniel F. Katz (Pro Hac Vice Pending)
Luba Shur (Pro Hac Vice Pending)
Steven M. Pyser (Pro Hac Vice Pending)
David M. Horniak

*Attorneys for Defendant AutoNation, Inc.*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   TELEPHONE NO.: | COURT USE ONLY |
|---|---|
| Christopher C. Hoffman (SBN 176334)  Tel. (858) 597-9600<br>choffman@laborlawyers.com  Fax: (858) 597-9601<br>**FISHER & PHILLIPS LLP**<br>4747 Executive Drive, Suite 1000<br>San Diego, CA 92121<br><br>Lonnie D. Giamela (SBN 228435)  Tel: (213) 310-4500<br>lgiamela@laborlawyers.com<br>**FISHER & PHILLIPS LLP**  Fax: (213) 310-4501<br>444 South Flower Street, Suite 1590<br>Los Angeles, CA 90071 | |

### UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

| TITLE OF CASE (ABBREVIATED) | |
|---|---|
| *PAVEL DJUKICH, individually and on behalf of others similarly situated, v. AUTONATION, INC.; and DOES 1 through 100, inclusive* | |
| | CASE NUMBER: |

### PROOF OF SERVICE - DECLARATION OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 444 South Flower Street, Suite 1590, in the County of Los Angeles, State of California.

On June 20, 2013: I served a true copy of the following document (specify):

1. **Notice of Interested Parties**

☐ The documents are listed in the Attachment to Proof of Service.

I served the documents on the **person or persons** below, as follows:

> Kashif Haque, Esq.
> AEGIS LAW FIRM, PC
> 9811 Irvine Center Drive, Suite 100
> Irvine, CA 92618
> Phone: 949-379-6250
> Fax: 949-379-6251
>
> Timothy D. Cohelan, Esq.
> COHELAN KHOURY & SINGER
> 605 C Street, Suite 200
> San Diego, CA 92101
> Phone: 619-595-3001
> Fax: 619-595-3000

*Djukich v. AutoNation, Inc. and Does 1 through 100*
Case No.:

☐ **By ELECTRONIC SUBMISSION.** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients **via electronic transmission through the CM/ECF system on the Court's website**. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **Additional parties' counsel who are not registered CM/ECF user according to the court's NEF, were served via the following manner as provided in FRCivP 5 (b):**

☐ **By personal service.** I personally delivered copies to the person and location listed above.

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine used. A copy of the record of transmission is attached.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addressed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I am readily familiar with this business practice for collection and processing envelopes and packages for overnight delivery. On the same day that envelope or package is placed for collection and delivery, it is deposited in the ordinary course of business with and overnight delivery service, in a sealed envelope or package.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Executed June 20, 2013, at Los Angeles, California.

_____
Marilyn Kagley