LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | CV 13-04455- BRO (AGRx) | Date | May 27, 2014 |
|---|---|---|---|
| Title | Pavel Djukich v. AutoNation, Inc. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)
              **ORDER RE MOTION FOR SUMMARY JUDGMENT [51]**

As set forth in detail, in the Under Seal Minute Order filed separately, the Court **GRANTS** AutoNation's Motion for Summary Judgment.

**IT IS SO ORDERED.**

:

Initials of Preparer     rf